Julie A. Mersch
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 East Bridger Avenue
Las Vegas, NV 89101
Tel: 702.387.5868 | Fax: 702.387.0109
E-mail: jam@merschlaw.com
Attorney for Plaintiff Michael Devine

Michael R. Brooks
Nevada Bar No. 007287
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: 702.385.2500 | Fax: 702.385.2086
E-mail: mbrooks@hutchlegal.com

Michael B. Bernacchi *(Pro Hac Vice Pending)*
California Bar No. 163657
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700
E-mail: mbernacchi@bwslaw.com

Attorneys for Defendant
Hartford Life and Accident Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL DEVINE,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator for Universal Health Services, Inc.,<br><br>    Defendant. | Case No. 2:21-cv-02068-JCM-NJK<br><br>**STIPULATION, REQUEST AND ORDER EXENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[First Request]** |

The parties, Plaintiff Michael Devine ("Plaintiff"), through his counsel, Julie A. Mersch of the Law Office of Julie A. Mersch, and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through its counsel, Michael R. Brooks of Hutchison & Steffen PLLC

1  and Michael B. Bernacchi of Burke, Williams & Sorensen, LLP, hereby respectfully submit this
2  Stipulation, Request and Order to Extend Time to Answer or Otherwise Respond to Plaintiff's
3  Complaint (the "Stipulation").  This Stipulation is made in accordance with Local Rules IA 6-1,
4  IA 6-2, and II 7-1.  This is the first request for an extension of time to file an answer or otherwise
5  respond to Plaintiff's Complaint.

6  Hartford was served with Plaintiff's Complaint on November 19, 2021, making its current
7  responsive pleading due on or before December 10, 2021.  The instant extension is requested as
8  Hartford's counsel requires additional time to review their client's file in order to prepare a
9  meaningful responsive pleading to Plaintiff's Complaint and Hartford's lead counsel is also in the
10 process of petitioning the Court for permission to practice in this particular case.  He has initiated
11 his petition for permission to practice in compliance with Local Rule IA 11-2 and anticipates
12 completion within 14 days.

13 Upon agreement by and between all the parties hereto as set forth herein, the undersigned
14 respectfully requests this Court grant an extension of time, up to and including **January 10, 2022**,
15 for Hartford to file an answer or otherwise respond to Plaintiff's Complaint.  By entering into this
16 Stipulation, none of the parties waive any rights they have under statute, law or rule with respect
17 to Plaintiff's Complaint.

18 DATED this 7th day of December, 2021.

| LAW OFFICE OF JULIE A. MERSCH<br>Julie A. Mersch | HUTCHISON & STEFFEN, PLLC<br>Michael R. Brooks |
|---|---|
| By: */s/ Julie A. Mersch*<br>    Julie A. Mersch<br>    Nevada Bar No. 004695<br>    Law Office of Julie A. Mersch<br>    1100 East Bridger Avenue<br>    Las Vegas, NV 89101 | BURKE, WILLIAMS & SORENSEN, LLP<br>Michael B. Bernacchi<br><br>By: */s/ Michael R. Brooks*<br>    Michael B. Bernacchi<br>    Burke, Williams & Sorensen, LLP<br>    444 South Flower Street, Suite 2400<br>    Los Angeles, CA 90071-2953 |
| Attorney for Plaintiff<br>Michael Devine | Attorneys for Defendant<br>Hartford Life And Accident Insurance Company |

IT IS SO ORDERED.
Dated:  December 13, 2021
.
_____
United States Magistrate Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION, REQUEST AND ORDER
EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT